UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA STACY, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>POWERSCOUT, INC.,<br><br>                              Defendant. | Case No.:  3:17-cv-0165-CAB-(KSC)<br><br>**ORDER OF DISMISSAL** |

   Pursuant to the Notice of Voluntary Dismissal, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to the named plaintiff, and **DISMISSED WITHOUT PREJUDICE** as to the claims of the putative class.

   It is **SO ORDERED**.

Dated:  April 10, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge